UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH ROBERTS,<br><br>                        Plaintiff,<br>v.<br><br>KEOLIS TRANSIT SERVICES LLC, et al.,<br><br>                        Defendants. | Case No. 2:19-cv-00943-JCM-BNW<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered June 3, 2019, regarding removal of this case to federal district court. On June 3, 2019, defendant Keolis Transit Services LLC filed a signed Statement (ECF No. 4) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than July 24, 2019,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 10th day of July 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE